IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES ALEXANDER/RYAHIM
ADC #111057                                                                                    PLAINTIFF

V.                                    5:04CV00106 SWW/JTR

RANDALL E. MANUS, Cummins Unit,
Arkansas Department of Correction                                                              DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion to Enforce Settlement Agreement (docket entry #98) is DENIED.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), than an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 8th day of March, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE